United States District Court

District of Massachusetts

| | |
|---|---|
| Luis Alberto Salvatierra Mendoza,  )<br>  )<br>    Petitioner,  )<br>  )<br>    v.  )<br>  )<br>Patricia Hyde, et al.,  )<br>  )<br>    Respondents.  )<br>  )<br>  )<br>  ) | Civil Action No.<br>25-13331-NMG |

ORDER

**GORTON, J.**

    Having reviewed the pending petition for writ of habeas corpus and the opposition thereto (Docket Nos. 1 and 8), the government is directed to file, on or before Thursday, December 18, 2025, supplemental briefing in support of its assertion that the Immigration Judge found in the alternative that petitioner poses a danger to society.

**So ordered.**

_____
Nathaniel M. Gorton
Senior United States District Judge

Dated: December 15, 2025

- 1 -